IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMIR SEISSAN,

      Plaintiff,

v.                                                       No. 24-cv-00399-JFR-KRS

LOUIS DEJOY, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

      Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND ANSWER DEADLINE

This matter having come before the Court upon Defendant's Unopposed Motion to Extend Answer Deadline, (Doc. 3), the Court having reviewed the motion and being advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the time for Defendant to file an answer or otherwise respond to the Complaint, (Doc. 1), is extended to and including July 29, 2024.

                                                               KEVIN R. SWEAZEA
                                                                United States Magistrate Judge

APPROVED/SUBMITTED:

*/s/ Maria S. Dudley 6/27/24*
MARIA S. DUDLEY
Assistant United States Attorney
*Attorney for Defendant*


*/s/  David R. Jordan 6/26/24*
DAVID R. JORDAN
The Law Offices of Davis R. Jordan, P.C.
*Attorney for Plaintiff*