IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Amir Seissan,

     Plaintiff,

vs.                                                             No. 24-cv-00399-JFR-KRS

Louis DeJoy, Postmaster General,
United States Postal Service,

     Defendant.

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for an Extension of Time, (Doc. 9), filed August 12, 2024.  Plaintiff requests an extension of time to respond to Defendant's Motion to Dismiss, and Defendant does not oppose the motion.  IT IS THEREFORE ORDERED that the Motion for Extension is granted and Plaintiff may respond to the Motion to Dismiss by August 19, 2024.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE