IN THE UNITED STATES DISTRICT COURT
FOR THE FISTRICT OF NEW MEXICO

AMIR SEISSAN,

      Plaintiff,

v.                                        No. 1:24-CV-00399-MLG-KRS

LOUIS DEJOY, Postmaster General,
United States Postal Service,

      Defendant.

## ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

This matter comes before the Court on Defendant's Second Unopposed Motion to Extend Answer Deadline (Doc. 47). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, the Court finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that the deadline for Defendant to answer or otherwise respond to the Amended Complaint is extended from April 7, 2025 to May 5, 2025.

IT IS SO ORDERED this 7th day of April, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted/approved by:

| | |
|---|---|
| */s/ Jesse D. Hale 4/7/25* | *Approved via email 4/3/25* |
| JESSE D. HALE | JORDON GEORGE |
| Assistant United States Attorney | Aragon Moss George Jenkins, LLP |
| P.O. Box 607 | 2201 Menaul Blvd NE |
| Albuquerque, NM 87103 | Albuquerque, NM 87107 |
| (505) 346-7274; Fax: (505) 346-7205 | (505) 503-7782; Fax: (505) 214-5317 |
| jesse.hale@usdoj.gov | jordon@amgjlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |